UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY ULLAURI-MORON,<br><br>Plaintiff(s),<br><br>v.<br><br>NEVADA DEPARTMENT OF EMPLOYMENT, TRAINING, AND REHABILITATION,<br><br>Defendant(s). | 2:12-CV-1569 JCM (CWH) |

**ORDER**

Presently before the court are the report and recommendation of Magistrate Judge Hoffman (doc. # 3) granting plaintiff's application to proceed *in forma pauperis* (doc. # 1) and recommending that this court dismiss plaintiff's action with prejudice. Plaintiff has not filed any objections.

Reviewing the magistrate judge's report, this court agrees that it is appropriate to dismiss plaintiff's complaint with prejudice as he has failed to invoke this court's subject matter jurisdiction.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Hoffman's recommendation (doc. # 3) is adopted in its entirety.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS THEREFORE ORDERED that plaintiff's complaint (doc. # 4), be and the same hereby
2 is, DISMISSED WITH PREJUDICE.
3     DATED October 3, 2012.

                                                            **UNITED STATES DISTRICT JUDGE**